[No. 4387–1. Division One. May 9, 1977.]

THE STATE OF WASHINGTON, *Respondent*, v. NINA LORRAINE UMMEL, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 64685, David W. Soukup, J., entered December 8, 1975. *Affirmed* by unpublished per curiam opinion.

[No. 4434–1. Division One. May 9, 1977.]

CHRIS CRAFT OF SEATTLE, INC., *Appellant*, v. PHILIP SWIGARD, ET AL, *Respondents*.

Appeal from a judgment of the Superior Court for King County, No. 793828, Robert W. Winsor, J., entered December 16, 1975. *Affirmed* by unpublished per curiam opinion.

[No. 4589–1. Division One. May 9, 1977.]

THE STATE OF WASHINGTON, *Respondent*, v. BONSY LEWIS, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 73445, Nancy A. Holman, J., entered March 31, 1976. *Affirmed* by unpublished per curiam opinion.

[No. 2295–2. Division Two. May 10, 1977.]

THE STATE OF WASHINGTON, *Respondent*, v. HARRY M. WATKINS, JR., *Appellant*.

Appeal from a judgment of the Superior Court for Kitsap County, No. C–2154, Jay W. Hamilton, J., entered January 15, 1976. *Affirmed* by unpublished opinion per Pearson, J., concurred in by Petrie, C.J., and Reed, J.